

FILED

12/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0059

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0059

STATE OF MONTANA,

Plaintiff and Appellee,

v.

THOMAS RICHARD FERRIS,

Defendant and Appellant.

ORDER

FILED

DEC 23 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on December 22, 2021, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 12(1)(a) requires a "table of cases (alphabetically arranged), statutes and other authorities cited, with references to the pages of the brief where they are cited[.]" The table of cases in the Appellant's opening brief is not alphabetically arranged.

M. R. App. P. 12(1)(e) requires a "statement of the standard of review as to each issue raised, together with a citation of authority[.]" The Appellant's opening brief does not contain a separate standard of review section for his two appealed issues.

M. R. App. P. 12(1)(i) requires that an appellant must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support." While the Appellant has provided the District Court's order on his motion to dismiss the State's amended information, his appendix does not include the final judgment from which he appeals or the relevant jury instructions.

Therefore,

IT IS ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant's counsel by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 23rd day of December, 2021.

For the Court,

By _____

Justice